UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE VARIABLE ANNUITY LIFE INSURANCE COMPANY,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>SANDEEP SANHU, individually and as Administrator of the Estate of Christopher Brown, MARY ANN BROWN, SHERRI BROWN and MARILEE BROWN.<br><br>　　　　　　　　Defendants. | CASE NO. 2:17-CV-01424-RSM<br><br>**ORDER GRANTING MOTION FOR LEAVE TO RETAIN ANNUITY SUBJECT TO LEGAL HOLD** |

The Motion for Leave to Retain and to Administer Annuity Subject to Legal Hold of Plaintiff-in-Interpleader The Variable Annuity Life Insurance Company ("VALIC"), came before this Court for consideration in due course. For good cause appearing, the motion is **granted**. VALIC has leave to retain and administer the Account which is the subject of the interpleader action, subject to a legal hold preventing distribution of the funds in the Account until the Court issues an Order identifying the proper recipient(s) and instructing VALIC as to the proper owner of the funds.

**IT IS SO ORDERED.**

DATED this 22nd day of September, 2017.

　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

ORDER RE MOTION TO RETAIN
ANNUITY SUBJECT TO LEGAL HOLD
Page - 1

2:17-CV-01424-RSM

Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

1834007v.1