THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE VARIABLE ANNUITY LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>SANDEEP SANHU, individually and as Administrator of the Estate of Christopher Brown, MARY ANN BROWN, SHERRI BROWN and MARILEE BROWN.<br><br>    Defendants. | CASE NO. C17-1424 RSM<br><br>**ORDER GRANTING VARIABLE ANNUITY LIFE INSURANCE COMPANY'S SECOND MOTION TO CONTINUE INITIAL SCHEDULING DATES** |

## ORDER

Plaintiff's Second Motion to Continue Initial Scheduling Dates came before this Court for consideration in due course. For good cause appearing, the motion is **GRANTED,** and the new Initial scheduling dates are as follows:

```
Deadline for FRCP 26(f) Conference:           January 15, 2018
Initial Disclosures:                          January 23, 2018
Combined Joint Status Report and Discovery Plan: January 30, 2018
```

**DATED** this 20th day of December 2017.

ORDER RE MOTION TO CONTINUE SCHEDULING DATES

Page - 1

1893433v.1

2:17-CV-01424-RSM

Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER RE MOTION TO CONTINUE SCHEDULING DATES
Page - 2

2:17-CV-01424-RSM

Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

1893433v.1