UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE VARIABLE ANNUITY LIFE INSURANCE COMPANY,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>SANDEEP SANHU, individually and as Administrator of the Estate of Christopher Brown, MARY ANN BROWN, SHERRI BROWN and MARILEE BROWN.<br><br>　　　　　　　　Defendants. | CASE NO. 2:17-cv-01424-RSM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AND ORDER THEREON**<br><br>FRCP 41(a)(1)(A)(ii) |

IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff THE VARIABLE ANNUITY LIFE INSURANCE COMPANY and defendant SANDEEP SANDHU (the only defendant who has appeared in the action), through their attorneys of record, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the complaint on file herein is hereby dismissed with prejudice as to all parties and all claims, the parties having resolved this matter in its entirety. Each party to bear its own attorney fees and costs.

Dated: May 22, 2017　　　　WILSON, ELSER, MOSKOWITZ, EDELMAN
　　　　　　　　　　　　　　　　　　& DICKER, LLP


　　　　　　　　　　　　　　By:　　*/s/ Robert G. Engel*
　　　　　　　　　　　　　　　　　　ROBERT G. ENGEL
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Stipulation of Dismissal With Prejudice　　2:17-cv-01424-RSM
of Entire Action and Order Thereon
Page - 1

2000022v.1

Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

| | |
|---|---|
| | THE VARIABLE ANNUITY LIFE INSURANCE COMPANY |
| Dated: May 4, 2017 | C.A. KERL, PLLC |
| | By: */s/ Christopher Kerl*<br>CHRISTOPHER KERL<br>Attorneys for Defendant<br>SANDEEP SANDHU,<br>erroneously sued as Sandeep Sanhu |

## ORDER

Pursuant to the stipulation of the parties, this matter is dismissed in its entirety with prejudice. Each party to bear its own attorney fees and costs.

**IT IS SO ORDERED.**

Date: June 25, 2018

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Stipulation of Dismissal With Prejudice of Entire Action and Order Thereon
Page - 2

2:17-cv-01424-RSM

Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

2000022v.1